FILED

February 08, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002401525

1    FRIEND & WALTON
     A PROFESSIONAL LAW CORPORATION
2    RANDALL K. WALTON, ESQ. (SBN: 155175)
     ANN MARIE FRIEND, ESQ. (SBN: 173473)
3    P.O. Box 830
     Modesto, California 95353-0830
4    Telephone: (209) 238-0946
     Facsimile: (209) 238-0953

5

6    Attorneys for Debtors,
     Darren & Lynn Cox

7

8               UNITED STATES BANKRUPTCY COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                  MODESTO DIVISION

11    IN RE:                     )    Case No.:10-90278
                          )    Chapter: 7
12                            )
     Darren & Lynn Cox        )    DC No.:   FW:01
13                            )
                           )    Date:     March 10, 2010
14       Debtor.              )    Time:     10:30 a.m.
                           )    Place:    1200 I Street
15    _____                  Suite 4
                                      Modesto, CA

16

17    <u>MOTION TO ABANDON PERSONAL PROPERTY – JOINT DEBTOR'S BUSIENSS</u>

18         Debtors, Darren & Lynn Cox, hereby request, pursuant

19 to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order

20 abandoning the Joint debtors' business – sole proprietorship

21 known as "Indulgence Studio" for the reasons set forth in the

22 declaration of Debtor, filed concurrently herewith.

     Dated:     2-3-10

23

24                  FRIEND & WALTON
                  A PROFESSIONAL LAW CORPORATION

25

26                  /s/ Randy K. Walton Esq
                  RANDALL K. WALTON, ESQ., Attorney for
27                  **debtor** Darren & Lynn Cox

28

   Motion to Avoid Lien

                             1